# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

ABC Business Forms, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:12–cv–03768
                                                        Honorable John W. Darrah

Duvera Financial, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2012:

      MINUTE entry before Honorable John W. Darrah: Status hearing held and continued to 11/14/12 at 9:30 a.m. Plaintiff's motion for class certification [4] is entered and continued to 11/14/12 at 9:30 a.m. Settlement reached. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.