## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

ABC Business Forms, Inc.

                                Plaintiff,

v.                                                       Case No.: 1:12–cv–03768
                                                                 Honorable John W. Darrah

Duvera Financial, LLC, et al.

                                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 10, 2012:

      MINUTE entry before Honorable John W. Darrah: A notice of voluntary dismissal having been filed, this case is hereby closed. Civil case terminated. Any pending dates or motions are moot. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.